**Attorneys for Petitioner**
JILL H. COFFMAN, NY BAR 2307098
CHRISTY J. KWON, CA BAR 217186
CECILY A. VIX, CA BAR 233151, Counsel for Service
National Labor Relations Board, Region 20
901 Market Street, Suite 400
San Francisco, California 94103-1735
Telephone Number: (415) 356-5179
E-mail: Cecily.Vix@nlrb.gov

**Attorney for Respondent**
KEVIN J. MORRIS, FL BAR 0031320
Littler Mendelson, PC
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131
Telephone Number: (305)400-7521
E-mail: KJMorris@littler.com

**Attorney for Charging Party Union**
MICHAEL J. AKINS, MI BAR P74184
Gregory, Moore, Jeakle & Brooks, P.C
65 Cadillac Sq., # 3727
Detroit, MI 48226
Telephone Number: (313)964-5800
E-mail: mike@unionlaw.net

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH F. FRANKL, Regional Director of Region 20 of the National Labor Relations Board, for and on behalf of the NATIONAL LABOR RELATIONS BOARD,<br><br>Petitioner,<br><br>vs.<br><br>GARDA CL WEST, INC., A SUBSIDIARY OF GARDA WORLD SECURITY CORPORATION,<br><br>Respondent. | Civil No. 3:14-CV-04911-EMC<br><br>STIPULATION OF DISMISSAL<br><br>Hearing Date: December 12, 2014<br>Hearing Time: 2:30 PM |

STIPULATION OF DISMISSAL

Page 1

PLEASE TAKE NOTICE that the Charging Party Union and Respondent have entered into a private settlement agreement whereby Charging Party Union requested conditional withdrawal of the unfair labor practice charges (National Labor Relations Board Case Nos. 19-CA-123547, 20-CA-123561, 32-CA-123549 and 28-CA-133504) upon which the Petition was filed, and which gave rise to seeking the Court's injunction. The Petitioner has approved the conditional withdrawal request based on the representations of the parties that they have agreed to resolve the matter privately.  Accordingly, Petitioner, Respondent, and Charging Party Union hereby file this Stipulation of Dismissal of the above-entitled proceeding pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, seeking voluntary dismissal without prejudice.

/s/ Cecily A. Vix 12/10/14
CECILY A. VIX
On behalf of Petitioner
National Labor Relations Board, Region 20
901 Market Street, Suite 400
San Francisco, California  94103-1735

/s/ Kevin J. Morris, 12/10/14
KEVIN J. MORRIS
On behalf of Respondent
Littler Mendelson, PC
333 SE 2nd Avenue, Suite 2700
Miami, FL 33131

/s/ Michael J. Akins, 12/10/14
MICHAEL J. AKINS
On behalf of Charging Party Union
Gregory, Moore, Jeakle & Brooks, P.C
65 Cadillac Sq # 3727
Detroit, MI 48226

IT IS SO ORDERED
_____
Edward M. Chen
U.S. District

GRANTED
Judge Edward M. Chen
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

STIPULATION OF DISMISSAL

Page 2